# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

November 20, 2018

DONNA McKINNEY
BEXAR COUNTY DISTRICT CLERK
PAUL ELIZONDO TOWER
101 W.NUEVA, SUITE 217
SAN ANTONIO, TEXAS 78205-3411

I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 37th Judicial District Court, of Bexar County Texas pursuant to an Order entered remanding, by the Honorable Judge Orlando L. Garcia. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-17-CV-1048-OLG; Barcelona Lofts, LLC vs. Travelers Indemnity Co. of America, et.al. IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 20th day of November, 2018.

**JEANNETTE J. CLACK, CLERK**

BY:

Wayne Garcia, Deputy Clerk